UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR BATSON,

       Plaintiff,                    No. 17-12214

v.                                  District Judge Corbett O'Meara
                                      Magistrate Judge R. Steven Whalen

GENESSEE COUNTY SHERIFF'S
DEPUTY "HOOVER," ET AL.,

       Defendants.
_____/

## ORDER

      Defendants' Motion for IME and for Immediate Consideration [Doc. #22] is GRANTED.

      Plaintiff will appear for the independent medical examination scheduled for Monday, June 11, and will sign any medical releases required as part of that examination. Defendant will provide Plaintiff's transportation to and from the IME.

      IT IS SO ORDERED.

Dated: June 6, 2018                          s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify on June 6, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on June 6, 2018.

                                          s/Carolyn M. Ciesla
                                          Case Manager for the
                                          Honorable R. Steven Whalen